IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACK OWEN KNAPP HENLEY,<br><br>Defendant. | CR 25–20–BU–DLC<br><br><br><br>ORDER |

Before the Court is the United States's Unopposed Motion to Dismiss Count I of the Indictment. (Doc. 63.) The United States seeks to dismiss Count I without prejudice in the interests of justice. (*Id.* at 1.)

Accordingly, IT IS ORDERED that Count I of the Indictment (Doc. 17) is DISMISSED without prejudice.

DATED this 27th day of October, 2025.

*/s/ Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court

1