IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACK OWEN KNAPP HENLEY,<br><br>Defendant. | CR 25–20–BU–DLC<br><br><br>ORDER |

Before the Court is Defendant Jack Owen Knapp Henley's Motion for Video Appearance. (Doc. 66.) Henley resides in California and seeks to participate in the hearing on November 5, 2025, by video. (*Id.* at 1.) The United States takes no position. (*Id.* at 2.)

Accordingly, IT IS ORDERED that the Motion (Doc. 66) is GRANTED. Henley may appear via video at the hearing set for November 5, 2025.

DATED this 3rd day of November, 2025.

_____
Dana L. Christensen, District Judge
United States District Court