IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–20–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JACK OWEN KNAPP HENLEY, | |
| Defendant. | |

Before the Court is Defendant's Unopposed Motion for Leave for Zoom Appearance of Defendant's Father. (Doc. 107.) For good cause appearing,

IT IS ORDERED that the Motion (Doc. 107) is GRANTED. Defendant's father, Jim Knapp, may observe the May 12, 2026 hearing via Zoom.

DATED this 12th day of May, 2026.

Dana L. Christensen, District Judge
United States District Court