IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–20–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JACK OWEN KNAPP HENLEY, | |
| Defendant. | |

Defendant Jack Owen Knapp Henley has filed Motions in Limine in anticipation of the trial set for July 27, 2026. (Doc. 124.)

Accordingly, IT IS ORDERED that the United States shall file a response to Henley's Motions in Limine (Doc. 124) on or before July 16, 2026.

DATED this 7th day of July, 2026.

Dana L. Christensen, District Judge
United States District Court

1