IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JACK OWEN KNAPP HENLEY,

Defendant.

CR 25-20-BU-DLC

**ORDER**

Defendant has filed an unopposed motion to permit his father, Jim Knapp, to observe the August 20, 2026, change of plea hearing by Zoom. (Doc. 138). Accordingly,

IT IS ORDERED that the motion is GRANTED. The Clerk of Court shall provide defense with the Zoom the meeting ID and password prior to the hearing.

DATED this 19th day of August, 2026.

Kathleen L. DeSoto
United States Magistrate Judge