IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACK OWEN KNAPP HENLEY,<br><br>Defendant. | CR 25-20-BU-DLC<br><br>PRELIMINARY ORDER OF FORFEITURE |

Before the Court is the United States of America's Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 145.) Defendant Jack Owen Knapp Henley has been adjudged guilty of possession of an unregistered firearm, in violation of 26 U.S.C. § 5861(d), as charged in Count 2 of the Indictment, and has admitted to its forfeiture allegation. (Docs. 16, 143, 147). As such, there is a factual basis and cause to issue a preliminary order of forfeiture pursuant to 26 U.S.C. § 5872(a).

Accordingly, IT IS ORDERED that the motion (Doc. 145) is GRANTED.

IT IS FURTHER ORDERED that Henley's interest in the following property is forfeited to the United States in accordance with 26 U.S.C. § 5872(a):

- 1 silver metal pipe silencer with endcaps, of unknown make and model and caliber, with no serial number.

IT IS FURTHER ORDERED that the United States Marshals Service, the Bureau of Alcohol, Tobacco, Firearms and Explosives, and/or a designated sub-

custodian, are directed to seize the property subject to forfeiture and further to make a return as provided by law;

IT IS FURTHER ORDERED that the United States will provide written notice to any third parties with a potential legal interest in the above-described property and will post on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of the Court's Preliminary Order of Forfeiture and the United States' intent to dispose of the property in such manner as the Attorney General may direct, as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of any third-party interests, the Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 17th day of September, 2026.

Dana L. Christensen, District Judge
United States District Court